**JOAN JACOBS LEVIE, #179787**
LAW OFFICES OF JOAN JACOBS LEVIE
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165

Attorney for Defendant, EDUARDO AUGUSTINE VAZQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>EDUARDO AUGUSTINE VAZQUEZ, et al.,<br><br>     Defendant. | CASE NO. 10-71 AWI<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING; ORDER**<br><br>SCHED. DATE: September 27, 2010<br>REQT. DATE:   October 12, 2010<br>TIME:   9:00 A.M.<br>JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Kathleen Servatius, and Joan Jacobs Levie, counsel for Defendant EDUARDO AUGUSTINE VAZQUEZ, that the date for the sentencing hearing, September 27, 2010 at 9:00 a.m. be continued until October 12, 2010 at 9:00 a.m in the above-entitled court.   The continuance is to allow the parties to perfect the terms and conditions of the anticipated government sentencing recommendation to the satisfaction of the parties.

Dated: September 23, 2010        Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /S/  Joan Jacobs Levie
　　　　　　　　　　　　　　　　　　JOAN JACOBS LEVIE
　　　　　　　　　　　　　　　　　　 Attorney for Defendant
　　　　　　　　　　　　　　　　　　    TINA PEREZ

　　　　　　　　　　　　　　　　　　 /S/  Kathleen Servatius
　　　　　　　　　　　　　　　　　　 KATHLEEN SERVATIUS
　　　　　　　　　　　　　　　　　　 Assistant United States Attorney

✽ ✽ ✽ ✽ ✽

## *ORDER*

Having read the stipulation of counsel and finding good cause,

IT IS HEREBY ORDERED that the date of the sentencing hearing will be continued in accordance with the above stipulation of counsel.  The defendant is ordered to return to court for further proceedings on October 12, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   September 23, 2010          _____
                                     CHIEF UNITED STATES DISTRICT JUDGE

-2-