**JOAN JACOBS LEVIE, #179787**
LAW OFFICES OF JOAN JACOBS LEVIE
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, EDUARDO AUGUSTINE VAZQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10-71 AWI |
| Plaintiff, | **AMENDED STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | |
| EDUARDO AUGUSTINE VAZQUEZ, et al., | SCHED. DATE: October 12, 2010 |
| | REQT. DATE:   November 1, 2010 |
| Defendant. | TIME:   9:00 A.M. |
| | JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Kathleen Servatius, and Joan Jacobs Levie, counsel for Defendant EDUARDO AUGUSTINE VAZQUEZ, that the date for the sentencing hearing, October 12, 2010 at 9:00 a.m. be continued until November 1, 2010 at 9:00 a.m. in the above-entitled court.  The continuance is necessary for the parties to complete conditions of the anticipated government sentencing recommendation and for the defendant to fulfill his safety valve and other requirements.

Dated: October 8, 2010                           Respectfully submitted,

 /S/  Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant
EDUARDO AUGUSTINE VAZQUEZ

 /S/  Kathleen Servatius
KATHLEEN SERVATIUS
Assistant United States Attorney

* * * * *

## ***ORDER***

Having read the stipulation of counsel and finding good cause,

IT IS HEREBY ORDERED that the date of the sentencing hearing will be continued in accordance with the above stipulation of counsel.  The defendant is ordered to return to court for further proceedings on November 1, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   October 8, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE