JOAN JACOBS LEVIE, #179787
LAW OFFICES OF JOAN JACOBS LEVIE
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165

Attorney for Defendant, EDUARDO AUGUSTINE VAZQUEZ

FILED
NOV 17 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 10-71 AWI |
| Plaintiff, | **NOTICE OF REQUEST AND REQUEST TO FILE SENTENCING MEMORANDUM UNDER SEAL; ORDER** |
| vs. | |
| EDUARDO AUGUSTINE VAZQUEZ, et al., | DATE: November 22, 2010 |
| Defendant. | TIME: 9:00 A.M. |
| | COURT: Hon. Anthony W. Ishii |

TO THE HON. ANTHONY W. ISHII, THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA AND HIS REPRESENTATIVE, KATHLEEN SERVATIUS, ESQ.

COMES NOW Defendant, EDUARDO AUGUSTINE VAZQUEZ, by and through his attorney, Joan Jacobs Levie, and requests this Court to grant counsel permission to file his Sentencing Memorandum under seal due to its disclosure of sensitive information which, if divulged, could compromise the safety of the defendant and/or his family. Identity of parties in any action, civil or criminal, may be concealed in an unusual case, where there is a need for the cloak of anonymity. *United States v.Stoterau*, 524 F.3d 988, 999, 1012 (9th Cir. 2008). Such is the case here.

-1-

This request is filed in accordance with L.R. 141.

DATED:       February 2, 2009            Respectfully submitted,

/S/ Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant,
EDUARDO AUGUSTINE VAZQUEZ

* * * * *

### ORDER

Having read the request of counsel and finding good cause, IT IS HEREBY ORDERED that defendant EDUARDO AUGUSTINE VAZQUEZ' sentencing memorandum be filed under seal in accordance with the above request of counsel.

DATED:   11-16-10

By: _____
ANTHONY W. ISHII
Judge of the United States District Court

-2-