**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Anthony W. Ishii
Senior United States District Judge
Fresno, California

> RE:   Eduardo VASQUEZ
>       Docket Number:   1:10CR00071-03
>       PERMISSION TO TRAVEL
>       <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Mexico to visit his ailing father.  Due to the nature of his request, the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On November 22, 2010, Mr. Vasquez was sentenced for the offenses of 21 USC 846 and 841(a)(1) and (b)(1)(A) - Conspiracy to Distribute Methamphetamine.

**Sentence imposed:**  57 months custody Bureau of Prisons, 60 months Supervised Release, $100 Special Assessment.   Special conditions of supervision include warrantless search; financial disclosure; financial restrictions; correctional treatment; pager/cellular phone restrictions; aftercare co-payment; and drug offender registration.

**Dates and Mode of Travel:**  Mr. Vasquez has yet to secure travel arrangements.  He is awaiting the Court's approval before he purchases a bus or train ticket.  If Mr. Vasquez's request is approved, he will provide the probation officer with all the necessary information.

**Purpose:**  Mr. Vasquez was released from custody on March 8, 2013, and his father's health is deteriorating.  He would like to see his father before his condition worsens.  During his three-day visit, Mr. Vasquez will stay at his parents' home located at Calle 20 #2022 col. Libertad Parte Alta, Tijuana, Baja California C.P: 22404 Mexico.

Respectfully Submitted,

*/s/ Kris M. Miura*

**KRIS M. MIURA**
**United States Probation Officer**

1

RE:   **Eduardo VASQUEZ**
      **Docket Number:   1:10CR00071-003**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


**DATED:**      June 17, 2013
               Elk Grove, California
               KMM/sda


**REVIEWED BY:**      */s/ Jack C. Roberson*_____
                     **JACK C. ROBERSON**
                     **Supervising United States Probation Officer**

_____

**ORDER OF THE COURT:**

Approved   _____**X**_____          Disapproved _____

IT IS SO ORDERED.

Dated:   __June 18, 2013__            _____
                                        SENIOR  DISTRICT  JUDGE

2