# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**  Eduardo Augustine Vasquez          **Docket Number:**   0972 1:10CR00071-03

**Name of Judicial Officer**:   Honorable Anthony W. Ishii

**Date of Original Sentence:**   11/22/2010

**Original Offense:** 21 U.S.C. § 846 and 841(a)(1) and (b)(1)(A) – Conspiracy to Distribute Methamphetamine  (CLASS A FELONY)

**Original Sentence:** 57 months custody Bureau of Prisons; 60 months Supervised Release; $100 Special Assessment

**Special Conditions:**

Warrantless Search
Financial Disclosure
Financial Restrictions
Drug/Alcohol Treatment
Pager/Cellular Phone Restriction
Aftercare Co-payment
Registration (drug)

**Type of Supervision:**    TSR

**Date Supervision Commenced:**   3/8/2013

**Other Court Actions:**
None

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential community corrections center, for a period of 90 days; said placement shall commence on as directed by the probation officer pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** In the latter part of October 2013, without notifying the probation officer and obtaining permission, the defendant moved from the Eastern District of California to the Southern District of California. He did not contact the probation officer until February 12, 2014, advising of his change in residence.

While living in the San Diego area, the defendant continued submitting monthly supervision reports, listing his address in Stockton and his employment in the Sacramento area, knowing this information was not true. Further, telephone contact was made with the defendant in January 2014 and, during this conversation, the defendant reported no residence or employment changes.

On February 13, 2014, the defendant reported to the Probation Office as directed to explain his violation conduct. The defendant related he moved because he was having issues with the apartment manager regarding termites. The matter went unresolved and the defendant had nowhere else to live. Therefore, he went to the San Diego area where he was born and had family support. Since he left without notifying the probation officer, he was scared to make contact. He related he tried calling several times but never made contact and did not leave a message.

The defendant reported he has been living with his brothers and is working. He reported no criminal conduct and no law enforcement notices have been received. The defendant expressed his desire to remain the San Diego area.

It was explained to the defendant that his violation conduct was serious and could not be ignored. He could not be allowed to leave the district without permission and report false information. Some type of sanction would need to be imposed and it was felt placement at a community corrections center would best address the violation conduct.

The defendant will be in a structured environment and this will impress upon him the seriousness of his actions. Further, while at the community corrections center, a request will be submitted to the Southern District of California, requesting that the defendant's term of supervised release be transferred to their district.

The defendant is in agreement with the modification request and signed waiver is on file.

Respectfully submitted,

*/s/ Kris M. Miura*

**KRIS M. MIURA**
**United States Probation Officer**
Telephone: (916) 683-3323

**DATED:** 2/13/2014

Reviewed by,

*/s/ Deborah A. Spencer*

**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

CC:

United States Probation

Assistant United States Attorney: Kathleen Servatius

Defense Counsel: Joan Levie

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other

IT IS SO ORDERED.

Dated: February 13, 2014

_____
SENIOR DISTRICT JUDGE